UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK B. HARRIS,<br><br>               Plaintiff,<br><br>    v.<br><br>DR. HENRY RICHARDS,<br><br>               Defendant. | Case No.  C06-5074RBL<br><br>ORDER DISMISSING COMPLAINT |

The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    the Court adopts the Report and Recommendation;

(2)    plaintiff's complaint is DISMISSED with prejudice; and

(3)    the Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Karen L. Strombom.

DATED this 26th day of May, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE